# UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue

## Request for Early Termination of Supervision

Name of Offender:        Wenny Hoang Bui           Docket No.:   CR 05-00512-01 BZ

Name of Sentencing Judge:   Bernard Zimmerman
                            United States Magistrate Judge

Date of Original Sentence:   November 9, 2005

Original Offense:
Count One: Conspiracy, 18 U.S.C. § 371, a Class A misdemeanor

Original Sentence: Three years probation
Special Conditions: Special assessment $25.00; community service 100 hours; access to financial information; file all income tax forms; shall comply and cooperate with the IRS in a good-faith effort to pay any outstanding tax liability, to include any assessed penalty and interest.

Type of Supervision: Probation              Date Supervision Commenced: November 9, 2005
Assistant U.S. Attorney: Monica Fernandez       Defense Counsel: Joseph Morehead (AFPD)

### Petitioning the Court

Petitioning the Court to consider the offender for early termination of supervision.

### Cause

Wenny Hoang Bui has completed 11 months of a three year term of probation. During this time, she has satisfied all conditions of probation, including payment of her special assessment, completion of her imposed community service hours, and timely filing of her 2005 tax returns. Ms. Bui has maintained residency in Milpitas, California since the commencement of supervision. She has been gainfully self-employed as a jewelry store owner since the commencement of supervision. Ms. Bui has not incurred any new arrests or convictions since the instant offense. Based upon Ms. Bui's excellent adjustment under supervision, it is this officer's opinion that she does not pose a risk to the community and is an excellent candidate for early termination.

The Assistant U.S. Attorney has been notified and there are no objections.

NDC-SUPV-FORM 12B(2) 01/13/06

Wenny Hoang Bui                                                          Page 2
CR 05-00512-01 BZ

Address of offender:    475 Taylor Drive
                        Milpitas, CA 95035

Respectfully submitted,                  Reviewed by:

_____                _____
Brian D. Casai                           Susan Portillo
U.S. Probation Officer Assistant         Supervisory U.S. Probation Officer

Date Signed: October 24, 2006

---

THE COURT ORDERS:
☒ Early termination of supervision granted
☐ Early termination of supervision denied
☐ Other:

_____                _____
3 10 F 06                                Bernard Zimmerman
Date                                     United States Magistrate Judge